IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
TRACEY DIXON and RICHARD    )
JASON DIXON,                )
                            )
    Plaintiffs,             )
                            )         CIVIL ACTION NO.
    v.                      )           3:11cv825-MHT
                            )               (WO)
CITIMORTGAGE, INC.,         )
                            )
    Defendant.              )
```

### JUDGMENT

In accordance with the joint stipulation of dismissal (doc. no. 17), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 16th day of July, 2012.

                            /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE